JUDGE'S COPY

JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KERMIT SAMUEL VICKERS,<br><br>              Petitioner,<br><br>    v.<br><br>TIMOTHY BUSHY, Warden,<br><br>              Respondent. | Case No. CV 10-6382-MMM (JEM)<br><br>**JUDGMENT** |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

**IT IS HEREBY ADJUDGED** that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: March 31, 2011

*Margaret M. Morrow*
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE